528

of the District Court dismissing the bill of complaint in this cause is affirmed. *First National Bank of Greely* v. *Board of County Commissioners*, 264 U. S. 450; *Gorham Mfg. Co.* v. *State Tax Commission*, 266 U. S. 265, 269, 270; *Henrietta Mills* v. *Rutherford County*, 281 U. S. 121. *Mr. Justin D. Bowersock* for appellant. *Messrs. John T. Barker* and *George W. Meyer* for appellees.

No. 19, original. EX PARTE COLORADO. Submitted February 17, 1932. Decided March 21, 1932. Leave to file petition for writ of mandamus granted, and rule issued to respondents to show cause why the writ of mandamus should not issue as prayed. All questions presented are reserved until the return of such rule. *Mr. C. L. Ireland*, Attorney General of Colorado, for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Mahlon D. Kiefer* and *John J. Byrne* for the United States. See 286 U. S. 510.

No. —, original. EX PARTE RYAN. Submitted March 14, 1932. Decided March 21, 1932. The motions for leave to proceed *in forma pauperis* and for leave to file petition for writ of mandamus in this cause are denied. *Mr. Harry Joseph Ryan, pro se.*

No. 521. KANSAS CITY PUBLIC SERVICE Co. *v.* RANSON, COLLECTOR OF REVENUE. Argued March 18, 21, 1932. Decided March 28, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Glenn* v. *Doyal, ante,* p. 526; *Moffitt* v. *Kelly,* 218 U. S. 400, 404, 405; *Nickel* v. *Cole,* 256 U. S. 222, 226; *Castillo* v. *McConnico,* 168 U. S. 674, 683; *Lombard* v. *West Chicago Park Comm'rs,* 181 U. S. 33, 42, 43; *Rawlins* v. *Georgia,* 201 U. S. 638, 639, 640; *Hebert* v. *Louisiana,* 272 U. S. 312,